**SO ORDERED: July 20, 2007.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

```
         UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF INDIANA
               INDIANAPOLIS DIVISION
IN RE:
CAROL J. COATE              ) CASE NO. 07-4660-FJO-7
        Debtor              )
```
                        **ORDER**

   This matter came before the Court upon the filing of the Motion for Permanent Waiver of Credit Counseling filed by the Debtor on June 19, 2007.   The Court held a  hearing on this matter on July 16, 2007.

   The Debtor failed to appear at the hearing.  The Court, after reviewing this matter, now finds that the relief prayed for in the Motion for Permanent Waiver of Credit Counseling should be DENIED.   It is, therefore,

   ORDERED, ADJUDGED and DECREED that the Motion for Permanent Waiver of Credit Counseling is DENIED.  The Debtor is given 10 day from the date of this Order to file the required credit counseling certificate and Exhibit D.

                          ###